*United States ex rel. Michael Mullen v. AmerisourceBergen Corp., et al.,*
*CV-10-4856 (Gershon, J.)(Tiscione, M.J.)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA, and
THE STATES OF CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE, FLORIDA,
GEORGIA, HAWAII, ILLINOIS, INDIANA,
LOUISIANA, MARYLAND, MICHIGAN,
MINNESOTA, NEVADA, NEW HAMPSHIRE,
NEW JERSEY, NEW MEXICO, NEW YORK,
NORTH CAROLINA, OKLAHOMA, RHODE
ISLAND, TENNESSEE, TEXAS, and
WISCONSIN; THE COMMONWEALTHS OF
MASSACHUSETTS and VIRGINIA; and
THE DISTRICT OF COLUMBIA;
*EX REL.* MICHAEL MULLEN,

        Plaintiffs,

  v.

AMERISOURCEBERGEN CORPORATION,
AMERISOURCEBERGEN SPECIALTY
GROUP, INC., INTERNATIONAL ONCOLOGY
NETWORK, ONCOLOGY SUPPLY COMPANY,
and MEDICAL INITIATIVES, INC.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action No.
CV-10-4856

(Gershon, J.)
(Tiscione, M.J.)

## STIPULATION OF DISMISSAL AND ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the September 28, 2018 Settlement Agreement ("Settlement Agreement") between the United States, Relator Michael Mullen, and Defendants AmerisourceBergen Corporation, AmerisourceBergen Specialty Group, International Oncology Network, Oncology Supply

1

<u>United States ex rel. Michael Mullen v. AmerisourceBergen Corp., et al.,</u><br>
<em>CV-10-4856 (Gershon, J.)(Tiscione, M.J.)</em>

Company and Medical Initiatives Inc., (collectively, the "ABC Defendants"), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with prejudice all civil monetary claims asserted on behalf of the United States against the ABC Defendants for the Covered Conduct as defined in Recitals Paragraph H of the Settlement Agreement, (2) dismissing without prejudice to the United States and with prejudice to Relator Mullen all other claims against the ABC Defendants asserted on behalf of the United States by Relator Mullen, (3) dismissing with prejudice all claims asserted against the ABC Defendants on behalf of Relator Mullen under 31 U.S.C. § 3730(d) with respect to attorney's fees, costs and expenses, and (4) dismissing with prejudice all claims asserted against the ABC Defendants on behalf of Relator Mullen in Counts Thirty-One, Thirty-Two, and Thirty-Three of his First Amended Complaint.

Dated: Brooklyn, New York
       November 8, 2018

For the United States:

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York
Attorney for the United States
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____
DEBORAH B. ZWANY (DBZ7987)
MATTHEW SILVERMAN (MS 4595)
Assistant U.S. Attorney

2

<u>United States ex rel. Michael Mullen v. AmerisourceBergen Corp., et al.,</u>
*CV-10-4856 (Gershon, J.)(Tiscione, M.J.)*

SANJAY M. BHAMBHANI
JOHN HENEBERY
Commercial Litigation Branch
Civil Division
United States Department of Justice

For Relator:

NEIL S. CARTUSCIELLO
CARTUSCIELLO & KOZACHEK LLC
101 Farnsworth Avenue
Bordentown, NJ 08505

By: *Neil S. Cartusciello/SED*
NEIL S. CARTUSCIELLO (NSC-2460)

ROBERT M. THOMAS, JR. (BBO # 645600)
THOMAS & ASSOCIATES
20 Park Plaza, Suite 438
Boston, MA 02116

By: *[signature]*
ROBERT M. THOMAS, JR. (BBO # 645600)

SUZANNE E. DURRELL (BBO # 139280)
DURRELL LAW OFFICE
180 Williams Avenue
Milton, MA 02186

By: *[signature]*
SUZANNE E. DURRELL (BBO # 139280)

3

<u>United States ex rel. Michael Mullen v. AmerisourceBergen Corp., et al.</u>,
CV-10-4856 (Gershon, J.)(Tiscione, M.J.)

                KELLOGG, HANSEN, TODD,
                FIGEL & FREDERICK P.L.L.C.
                1615 M Street, N.W.
                Suite 400
                Washington, D.C. 20036

By: _____
                SILVIJA A. STRIKIS
                JOSEPH S. HALL

4

<u>United States ex rel. Michael Mullen v. AmerisourceBergen Corp., et al.,</u>
CV-10-4856 (Gershon, J.)(Tiscione, M.J.)

For the ABC Defendants:    MORGAN, LEWIS & BOCKIUS LLP
                           1701 Market Street
                           Philadelphia, PA 19103

                    By:    _____
                           ERIC W. SITARCHUK
                           JOHN J. PEASE III
                           RYAN P. MCCARTHY

<u>SO ORDERED</u>:
Brooklyn, New York
_____, 2018


_____
HONORABLE NINA GERSHON
United States District Judge, E.D.N.Y.

5