UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA, and
THE STATES OF CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE, FLORIDA,
GEORGIA, HAWAII, ILLINOIS, INDIANA,
LOUISIANA, MARYLAND, MICHIGAN,
MINNESOTA, NEVADA, NEW HAMPSHIRE,
NEW JERSEY, NEW MEXICO, NEW YORK,
NORTH CAROLINA, OKLAHOMA, RHODE
ISLAND, TENNESSEE, TEXAS, and
WISCONSIN; THE COMMONWEALTHS OF
MASSACHUSETTS and VIRGINIA; and
THE DISTRICT OF COLUMBIA;
*EX REL.* MICHAEL MULLEN,

Civil Action No.
CV-10-4856

(Gershon, J.)
(Tiscione, M.J.)

Plaintiffs,

v.

AMERISOURCEBERGEN CORPORATION,
AMERISOURCEBERGEN SPECIALTY
GROUP, INC., INTERNATIONAL ONCOLOGY
NETWORK, ONCOLOGY SUPPLY COMPANY,
and MEDICAL INITIATIVES, INC.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 0 8 2019 ★

BROOKLYN OFFICE

## STIPULATION OF DISMISSAL AND ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions

of the Plaintiff States' respective False Claims Acts, and in accordance with the terms and

conditions of the November 27, 2018 State Settlement Agreements ("Settlement Agreements")

between the Plaintiff States, and Defendants AmerisourceBergen Corporation,

AmerisourceBergen Specialty Group, International Oncology Network, Oncology Supply

Company and Medical Initiatives Inc., (collectively, the "ABC Defendants"), the Parties hereby

stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with

prejudice all civil monetary claims asserted on behalf of the Plaintiff States against the ABC

*United States ex rel. Michael Mullen v. AmerisourceBergen Corp., et al.,*
*CV-10-4856 (Gershon, J.)(Tiscione, M.J.)*

Defendants for the Covered Conduct as defined in Paragraph II J of the Settlement Agreement,

and (2) dismissing without prejudice to the Plaintiff States and with prejudice to Relator Mullen

all other claims against the ABC Defendants asserted on behalf of the Plaintiff States by Relator

Mullen.


Dated: Brooklyn, New York

December 14, 2018

Respectfully submitted,


For the Plaintiff States:

PAMELA JO BONDI
FLORIDA ATTORNEY GENERAL


Kathleen Von Hoene
Chief Assistant Attorney General
Florida Bar No: 615765
Office of the Attorney General
Medicaid Fraud Control Unit
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3868
Facsimile: 850-410-0179
Email: Kathleen.VonHoene@myfloridalegal.com
*Admitted Pro Hac Vice*

2

*United States ex rel. Michael Mullen v. AmerisourceBergen Corp., et al.,*
*CV-10-4856 (Gershon, J.)(Tiscione, M.J.)*

For Relator:

NEIL S. CARTUSCIELLO
CARTUSCIELLO & KOZACHEK LLC
101 Farnsworth Avenue
Bordentown, NJ 08505

By: *Neil S. Cartusciello/SED*
NEIL S. CARTUSCIELLO (NSC-2460)


ROBERT M. THOMAS, JR. (BBO #645600)
THOMAS & ASSOCIATES
20 Park Plaza, Suite 438
Boston, MA 02116

By: *Robert M. Thomas, Jr. /SED*
ROBERT M. THOMAS, JR. (BBO # 645600)


SUZANNE E. DURRELL (BBO # 139280)
DURRELL LAW OFFICE
180 Williams Avenue
Milton, MA 02186

By: *Suzanne E. Durrell*
SUZANNE E. DURRELL (BBO # 139280)

*United States ex rel. Michael Mullen v. AmerisourceBergen Corp., et al.,*
*CV-10-4856 (Gershon, J.)(Tiscione, M.J.)*

For the ABC Defendants:

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

By: _____
ERIC W. SITARCHUK
JOHN J. PEASE III
RYAN P. MCCARTHY


SO ORDERED:
Brooklyn, New York
Feb. 6                , 2019


/s/ *Nina Gershon*
_____
HONORABLE NINA GERSHON
United States District Judge, E.D.N.Y.

4